```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
RENEE MARTIN,                                                        :
:
                               Plaintiff,   :   1:22-cv-8975-GHW
:
           -against-                                             :   ORDER
:
DONALDSON AND CHILLIEST, LLP, *et al.*,                              :
:
                            Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       Defendants' November 29, 2022 request for leave to file a motion to dismiss, Dkt. No. 12, is granted. The deadline for Defendants to file and serve their motion to dismiss is December 20, 2022. Plaintiff's opposition is due three weeks after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

       SO ORDERED.

Dated: December 9, 2022
New York, New York

                                                  _____
                                                    GREGORY H. WOODS
                                                 United States District Judge