USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                  :
RENEE MARTIN,                            :
                                  :
                       Plaintiff,   :      1:22-cv-8975-GHW
                                  :
          -against-           :      ORDER
                                  :
DONALDSON AND CHILLIEST, LLP, *et al.,*  :
                                  :
                    Defendants.  :
                                  :
------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      Defendants' January 19, 2023 request for leave to file a motion to dismiss, Dkt. No. 21, is granted. The deadline for Defendants to file and serve their motion to dismiss is February 6, 2023. Plaintiff's opposition is due three weeks after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

      SO ORDERED.

Dated: January 24, 2023
New York, New York

                                                 GREGORY H. WOODS
                                             United States District Judge