```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
RENEE MARTIN, :
:
                                    Plaintiff, :      1:22-cv-8975-GHW
:
      -against- :      ORDER
:
DONALDSON AND CHILLIEST, LLP, *et al.*, :
:
                                  Defendants. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      For the reasons stated on the record during the teleconference held on May 5, 2023, the motion to dismiss filed by Defendants Anthony Chilliest and Donaldson and Chilliest, LLP, Dkt. No. 26, is granted in part and denied in part.  The motion to dismiss is granted as to Plaintiff's New York Labor Law claims and her claims for intentional and negligent infliction of emotional distress.  The Court grants Plaintiff leave to replead the dismissed claims.  Any amended complaint must be filed no later than May 26, 2023.

      The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 26.

      SO ORDERED.

Dated:  May 5, 2023
New York, New York

                                                    GREGORY H. WOODS
                                           United States District Judge