USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
RENEE MARTIN,

                Plaintiff,

            -against-

DONALDSON AND CHILLIEST, LLP, *et al.,*

                Defendants.
-----------------------------------------------------------------------X

1:22-cv-8975-GHW

ORDER

GREGORY H. WOODS, District Judge:

    For the reasons stated during the teleconference held on June 29, 2023, the parties are directed to meet and confer with respect to the scope of the financial information sought by Plaintiff no later than June 30, 2023. Defendants are directed to provide responsive documents with respect to Plaintiff's request for financial information no later than July 17, 2023. Furthermore, Defendants are directed to provide responsive documents with respect to Plaintiff's request concerning the identity of "Cap" no later than July 5, 2023.

    SO ORDERED.

Dated: June 29, 2023
New York, New York

                                          GREGORY H. WOODS
                                      United States District Judge