USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RENEE MARTIN,                                           :
                                                        :
                Plaintiff,       :
                                                        :      1:22-cv-8975-GHW
         -against-                              :
                                                        :          ORDER
DONALDSON AND CHILLIEST, LLP, *et al.*, :
                                                        :
                Defendants.     :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      A jury trial in this matter will begin on July 8, 2024 at 9:00 a.m. The Court will hold a final pretrial conference in this case on Wednesday, June 5, 2024 at 1:00 p.m. Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

      The parties are directed to submit the following materials no later than March 13, 2024: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

      In addition, as discussed during the conference held on November 8, 2023, Defendants are ordered to provide the four documents pertaining to Plaintiff's post-deposition discovery demands, *see* Dkt. No. 49 at 1, by no later than November 15, 2023; or, to the extent that those documents may be privileged, an appropriate privilege log must be provided to Plaintiff by November 15, 2023.

The Court understands that, pursuant to its June 29, 2023 order, the parties met and conferred with respect to the scope of the financial information sought by Plaintiff at the time; and as a result, the parties agreed that the "responsive documents with respect to Plaintiff's request for financial information" mentioned in the Court's order, Dkt. No. 48, refer to the financial affidavit referenced in the parties' November 1, 2023 joint letter, Dkt. No. 49.  Defendants were ordered to provide this financial affidavit by no later than July 17, 2023.  Dkt. No. 48.  That deadline has not been extended.  The Court understands, as a result of the parties' statements at the November 8, 2023 conference, that the affidavit has not yet been provided to Plaintiff, and that Plaintiff failed to request an extension to the discovery schedule in light of Plaintiff's understanding that Defendants "promised" to provide this information and intend to do so.  *See, e.g.*, Dkt. No. 49 at 1.

The parties are directed to submit a joint letter to the Court, updating it on the status of Defendants' efforts to provide this financial affidavit, by no later than November 22, 2023.  If Defendants' financial affidavit has not been provided to Plaintiff by November 22, 2023, the Court expects Plaintiff to initiate litigation regarding whether contempt sanctions may be warranted, and the scope and nature of any such sanctions.  The Court expects Plaintiff, by no later than December 1, 2023, to file any motion for contempt sanctions as a result of Defendants' failure to comply with the Court's June 29, 2023 order, which mandated production of the financial affidavit by no later than July 17, 2023.  *See* Dkt. No. 48.

SO ORDERED.

Dated:  November 8, 2023  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge