


May 23, 2024

**Via ECF**
The Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Renee Martin v. Donaldson and Chilliest, LLP, et al.*
     Docket No:  1:22-cv-08975-GHW

Dear Judge Ho:

> Application **GRANTED**.  The final pretrial conference will be held on **June 14, 2024, at 10:30 A.M. EST.**  The jury trial in this action will begin on **July 16, 2024, at 10:00 A.M. EST**.  Both the conference and the jury trial will be held in person in Courtroom 905 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.  So Ordered.  The Clerk of Court is respectfully directed to close the motion at ECF No. 65.
>
> Dale E. Ho
> United States District Judge
> Dated: May 24, 2024
> New York, New York

This firm represents the Plaintiff in the above-referenced matter. We write to respectfully request that the Court adjourn the final pretrial conference currently scheduled for June 12, 2024 due to the Jewish holiday of Shavuot. This is the first request to adjourn the final pretrial conference and Defendants' counsel has consented to this adjournment request.

As such, Plaintiff respectfully requests that Your Honor issue an Order adjourning the final pretrial conference currently scheduled for June 12, 2024 to another date and time aside from June 5, 10-13, 2024. Your Honor's consideration of the above is greatly appreciated.

        Respectfully Submitted,
        **DEREK SMITH LAW GROUP, PLLC**

          /s/ Daniel Altaras
        Daniel J. Altaras, Esq.

cc: All Counsel of Record (Via ECF)

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com