
**Application GRANTED.** The parties shall file the joint pretrial submissions by **May 29, 2024**. So Ordered.

*Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: May 24, 2024
New York, New York

---

May 24, 2024

<u>Via ECF</u>
The Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

Re:  *Renee Martin v. Donaldson and Chilliest, LLP, et al.*
  Docket No: 1:22-cv-08975-DEH

Dear Judge Ho:

This lawfirm represents Defendants, Donaldson and Chilliest, LLP and Anthony Chilliest, in the above-referenced matter. We write to respectfully request a short adjournment for the Joint Pretrial Order and related submissions that are due today May 24, 2024, until Tuesday, May 28, 2024, with Plaintiff's consent.

On February 26, 2024, the Court Ordered, "The parties shall submit the joint pretrial order, a proposed description of the case to be read to the venire, any requests to charge, a proposed verdict form, and proposed voir dire by May 24, 2024. The parties shall file joint proposals to the extent possible. To the extent they are unable to agree, the parties may also file individual proposals, with any memorandum of law in support, as appropriate, by May 24, 2024."

On May 22, 2024, Plaintiff's counsel sent the undersigned draft joint proposed pre-trial submissions. Unfortunately, there are a few issues that the Parties need to resolve prior to submitting these pretrial documents. However, the undersigned is in Annapolis, Maryland at the 2024 United States Naval Academy and United States Marines Corps graduation today and Defendant Anthony Chilliest is on trial today in New York State.

Although the undersigned planned on negotiating with Plaintiff's counsel this evening in regards to the aforementioned unresolved isses, Plaintiff's counsel observes the Sabbath and is unable to negotiate this evening. As such, Defendants respectfully request a short adjournment for the Joint Pretrial Order and related submission from May 24, 2024, until May 28, 2024. Your Honor's consideration of the above is greatly appreciated.

Respectfully Submitted,

**LAW OFFICE OF GEORGE T. PETERS, PLLC**

  /s/ George T. Peters
   George T. Peters, Esq.

cc: All Counsel of Record(via ECF)