UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE MARTIN,<br><br>                    Plaintiff,<br><br>v.<br><br>DONALDSON AND CHILLIEST, LLP, et al.,<br><br>                    Defendants. | 22-CV-8975 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    An order issued May 24, 2024, scheduled the final pretrial conference for June 14, 2024. *See* ECF No. 67. An order issued May 29, 2024, referred the parties for settlement discussions before Magistrate Judge Netburn. *See* ECF No. 71.

    It is hereby **ORDERED** that the final pretrial conference scheduled for June 14, 2024, is **ADJOURNED** to **June 26, 2024,** at **11:30 A.M. EST.** The conference will be in-person in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The trial date remains the same.

    SO ORDERED.

Dated: May 30, 2024
       New York, New York

                                                      DALE E. HO
                                            United States District Judge