UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RENEE MARTIN,<br><br>      Plaintiff,<br><br>  v.<br><br>DONALDSON AND CHILLIEST, LLP, et al.,<br><br>      Defendants. | 22-CV-8975 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued May 30, 2024, scheduled the final pretrial conference for June 26, 2024. *See* ECF No. 67. An order issued June 4, 2024, by Judge Sarah Netburn scheduled a settlement conference for June 24, 2024. *See* ECF No. 75.

  It is hereby **ORDERED** that the final pretrial conference scheduled for June 26, 2024, is **ADJOURNED** to **July 2, 2024,** at **2:00 P.M. EST.** The conference will be in-person in Courtroom 905 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. The trial date remains the same.

  SO ORDERED.

Dated: June 7, 2024
   New York, New York

                   DALE E. HO
                 United States District Judge